ISRAEL DAVID*
ISRAEL DAVID LLC
17 State Street, Suite 4010
New York, NY 10004
Tel: 212.739.0622
Email: israel.david@davidllc.com

* *Pro Hac Vice Admission Pending*

*Attorneys for Plaintiff Y.W.*

MARIO A. MOYA (State Bar No. 262059)
REBECCA M. HOBERG (State Bar No. 224086)
MOYA LAW FIRM
1300 Clay Street, Suite 600
Oakland, California 94612
Tel:  510.926.6521
Fax: 510.340.9055
Email: mmoya@moyalawfirm.com
          rhoberg@moyalawfirm.com

*Attorneys for Plaintiff Y.W. (Local Counsel)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Y.W., on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA,<br><br>                    Defendant. | Case No. 3:25-cv-03225-SK<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Civil L.R. 3.15(a) |

Pursuant to Civil L.R. 3-15, the undersigned further certify that as of this date, other than the named parties, there is no interest to report.

Dated: April 10, 2025

Respectfully submitted,

ISRAEL DAVID LLC

*/s/ Israel David*\*

Israel David

*\*Pro Hac Vice Admission Pending*

*Attorneys for Plaintiff Y.W.*


MOYA LAW FIRM

*/s/ Mario A. Moya*

Mario A. Moya

*Attorneys for Plaintiff Y.W. (Local Counsel)*

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

2

*Y.W. v. California Physicians' Service d/b/a Blue Shield of California*
No. 3:25-cv-03225-SK

## ATTESTATION

I, Mario A. Moya, am the ECF User whose ID and password are being used to file this Certification of Interested Entities or Persons. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from each of the signatories herein.

Dated: Apr. 10, 2025                    /s/ Mario A. Moya
                                        _____
                                        Mario A. Moya