UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE PADILLA, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA<br><br>Defendant. | Case No.: 4:25-cv-03209-YGR<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR RELATED CASES** |
| ANA MARAVILLA on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE D/B/A BLUE SHIELD OF CALIFORNIA,<br><br>Defendant. | Case No.: 3:25-cv-03213-PHK |

*(Caption Continued on Next Page)*

United States District Court
Northern District of California

| | |
|---|---|
| JASTON ARCHIE on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>CALIFORNIA PHYSICIANS' SERVICE D/B/A BLUE SHIELD OF CALIFORNIA,<br><br>     Defendant. | Case No.: 4:25-cv-03222-DMR |
| Y.W., on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA,<br><br>     Defendant. | Case No.: 3:25-cv-03225-SK |
| ELLEN RENTAS TORRES, individually and on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>CALIFORNIA PHYSICIANS' SERVICE D/B/A BLUE SHIELD OF CALIFORNIA,<br><br>     Defendant. | Case No.: 3:25-cv-03228-LJC |
| ASHLEY JOHNSON on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>CALIFORNIA PHYSICIANS' SERVICE D/B/A BLUE SHIELD OF CALIFORNIA,<br><br>     Defendant. | Case No.: 3:25-cv-03234-AGT |

| | | |
|---|---|---|
| ETHAN HECK on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE D/B/A BLUE SHIELD OF CALIFORNIA,<br><br>Defendant. | Case No.: 3:25-cv-03300-TSH |
| DIANE LAMARRE on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE D/B/A BLUE SHIELD OF CALIFORNIA,<br><br>Defendant. | Case No.: 3:25-cv-03301-JCS |
| KENDRA BAGE on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE D/B/A BLUE SHIELD OF CALIFORNIA,<br><br>Defendant. | Case No.: 3:25-cv-03304-JD |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court is in receipt of the plaintiffs' unopposed motion to relate. Defendants have not appeared. The Court is inclined to grant to motion but waits for defendants to be served in the event that an objection is made. Defendants shall file a notice of its position as soon as is reasonably possible. Further, given the number of cases at issue, the parties shall meet and confer to discuss whether a consolidated complaint will be filed. To the extent motions to dismiss are anticipated, they

3

must be coordinated.  The Court will conduct a case management conference with the parties to discuss the most expedient manner to address the pleadings.

**IT IS SO ORDERED**.

Dated: April 17, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**